# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

| KBW INVESTMENT PROPERTIES, LLC | : | |
|---|---|---|
| Plaintiff, | : | Case No.: 2:20-cv-4852-JLG-KAJ |
| -vs- | : | District Judge James L. Graham |
| ALEX AZAR, *et al.* | | Magistrate Judge Kimberly A. Jolson |
| Defendant, | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Leah M. Wolfe__, trial
(Name of Trial Attorney)

attorney for __Defendants__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Leslie Cooper Vigen__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Defendants__.
(Name of Party)

Movant represents that __Leslie Cooper Vigen__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __District of Columbia__ as attested by the accompanying certificate from that
(Name of State)

court and that __Leslie Cooper Vigen__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

Leslie Cooper Vigen 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone 202-305-0727  Business fax 202-616-8470

Business address 1100 L Street, NW

Washington, DC 20005

Business e-mail address Leslie.Vigen@usdoj.gov

s/Leah M. Wolfe (0093299)
(Signature of Trial Attorney)
303 Marconi Blvd., Ste. 200
(Address)
Columbus, OH 43215
(City, State, Zip Code)
614.469.5715
(Telephone Number)

Trial Attorney for Federal Defendants
(Name of Party)